UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATHERINE HYATT, natural guardian of DARRYL BROWN, minor )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>McDONALD'S OF EAST TROPICANA, )<br>)<br>Defendant. )<br>) | 2:11-CV-01213-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendant's Motion to Dismiss Plaintiff's Complaint With Prejudice (Doc. #7) filed August 22, 2011.

Although advised of her responsibility to do so, Plaintiff has failed to file a timely response to Defendant's Motion. As a result, Plaintiff consents to the granting of Defendant's Motion to Dismiss. Moreover, a review of Defendant's Motion demonstrates that Defendant is entitled to relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant McDonald's of East Tropicana's Motion to Dismiss Plaintiff's Complaint With Prejudice (Doc. #7) is **GRANTED**.

DATED: September 28, 2011.

_____
PHILIP M. PRO
United States District Judge